FILED
CLERK, U.S. DISTRICT COURT

JUN 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. GRISSOM, JR., | ) |
| Petitioner, | ) Case No. CV 08-2337-SGL(AJW) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| DERREL G. ADAMS, Warden, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed.   The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED:   6-18-08

Stephen G. Larson
United States District Judge