UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. GRISSOM, JR., | ) Case No. CV 08-2337-SGL (AJW) |
| Petitioner, | ) [~~PROPOSED~~] |
| | ) JUDGMENT |
| v. | ) |
| DERREL G. ADAMS, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 6-18-08

Stephen G. Larson
United States District Judge